UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | |
| | : | Criminal No. 03-66-S |
| ANTHONY SIMONELLI | : | |

MOTION FOR EARLY TERMINATION OF PROBATION

Defendant, Anthony Simonelli, by and through undersigned counsel, respectfully moves this Honorable Court for an early termination of his probation. In support of this motion, counsel states the following:

1. On August 28, 2003, Anthony Simonelli pled guilty to one count of Conspiracy to Distribute Oxycodone and Conspiracy to Distribute Oxycontin without a Proper License in violation of 21 USC §841(a)(1) *et seq*. and 21 USC §353 (b) *et seq*.

2. On December 1, 2003, this Court sentenced Mr. Simonelli to six months home confinement, five years probation and forfeiture of $30,000 in U.S. Currency. This sentence was arrived at after consideration of Mr. Simonelli's substantial cooperation in an Oxycontin distribution network in the State of Maine, his age and numerous medical infirmities, and his psychiatric condition, including depression, panic disorder and agoraphobia.

3. Mr. Simonelli has successfully completed his home confinement sentence and has completed three years of the five-year probationary period imposed. All assessments and forfeitures have been paid in full.

4. Mr. Simonelli has been permanently disabled since 1996 and has been diagnosed with acute limb threatening arterial ischemia. Since his sentencing, his medical condition has

substantially deteriorated. In February, 2005, he had by-pass surgery on his right leg. In July, 2006, by-pass surgery was performed on his left leg. He has 75% neuropathy, and an extremely insidious vascular disease that is progressing. Notwithstanding these heroic procedures, the loss of both lower extremities cannot be ruled out. His limbs have further atrophied and his arteries are bulging and deteriorated. He experiences severe, debilitating pain and has been prescribed a regimen of pain medication to alleviate his distress. He has significant difficulty walking and rarely leaves his home.

5. Since his sentencing, Mr. Simonelli's long standing agoraphobic condition has worsened. Agoraphobia is marked by an abnormal fear of being helpless in a situation from which escape may be difficult or embarrassing and which is characterized by panic or anticipatory anxiety and avoidance of open or public places.

6. Consequently, Mr. Simonelli becomes extremely anxious when he revisits the thought that he is currently on probation and that he is required to have regular contact with his probation office. He lives in real fear that he will have to someday report to probation in person.

7. Mr. Simonelli has been a model probationer. He has no prior record whatsoever. He has complied with all of the conditions of his probation. His sentence has served as a deterrent to others and he has rehabilitated himself. He has never posed a danger to the community.

8. Given these markedly changed circumstances in his health, both physical and mental, this Court has the inherent authority to grant an early termination of probation.

Wherefore, it is respectfully requested that the Court look favorably on the instant motion and grant an early termination to probation.

Respectfully submitted,

ANTHONY SIMONELLI, Defendant

By his attorney,

/s/

Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338
FAX: (401) 274-2780
E-mail: rbickiesq@aol.com

CERTIFICATION

I hereby certify that on the 29th day of November, 2006, I provided a copy of this Motion to the following:

**Electronically to**:
Mary Rogers, Esquire, Assistant United States Attorney, The Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; and

**By Regular Mail to:** Michelle Esposito, U.S. Probation, 2 Exchange Terrace, Providence, RI 02903.

/s/

Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338
FAX: (401) 274-2780
E-mail: rbickiesq@aol.com