UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | |
| | : | Criminal No. 03-66-S |
| ANTHONY SIMONELLI | : | |

MOTION FOR CONTINUANCE OF HEARING

Defendant, Anthony Simonelli, by and through undersigned counsel, hereby requests that the December 13, 2006, hearing on his Motion for Early Termination of Probation be continued for one week.

In support of this motion, counsel states that:

1. He is required to attend hearings in the case of United States v James Monahan, Case No. 06-80180CR-Ryskamp/Hopkins, in the United States District Court, Southern District of Florida. Said hearing was scheduled prior to the filing of the instant Motion.

2. It is anticipated that counsel will be before the Court in West Palm Beach for at least December 13 and 14, 2006, with a possibility of additional matters attendant thereto on December 15 and December 18, 2006.

WHEREFORE, it is respectfully requested that the hearing on defendant's motion for early termination of probation be continued to a date after December 18, 2006.

Granted
David L Martin
USMJ
12-7-06

ANTHONY SIMONELLI, Defendant
By his attorney,

/s/ RICHARD C. BICKI

Richard C. Bicki (#1772)
RICHARD C. BICKI, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
(401) 228-8338