UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
    Plaintiff

V.                                      CR03-66S

Anthony Simonelli
    Defendant

## ORDER

    The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 18, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Defendant's Motion for Early Termination of Probation is DENIED.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 8/9/07